United States District Court for the District of Columbia

Civil Complaint

Angela D. Caesar, Clerk

Vanessa Holloway

2385 Valentine Ave. Apt. 2D

Bronx, NY 10458

(718) 669-0218

vs.

Howard University

Case: 1:15-cv-01726
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/19/2015
Description: Pro Se Gen. Civil (F Deck)

Defendant(s) Name(s):

Daryl Scott

2441 Sixth Street NW Washington, DC Room 316 Douglass Hall Washington DC 20059

Edna Medford

2441 Sixth Street NW Washington, DC Room 316 Douglass Hall Washington DC 20059

Ana Lucia Araujo

2441 Sixth Street NW Washington, DC Room 316 Douglass Hall Washington DC 20059

Emory Tolbert

2441 Sixth Street NW Washington, DC Room 316 Douglass Hall Washington DC 20059

Elizabeth Clark Lewis

2441 Sixth Street NW Washington, DC Room 316 Douglass Hall Washington DC 20059

Linda Jones

4th and College Streets NW Washington, DC 20059

Constance Ellison

4th and College Streets NW Washington, DC 20059

Gary Harris

4th and College Streets NW Washington, DC 20059

Carolyn Proctor

4th and College Streets NW Washington, DC 20059



RECEIVED

AUG 3 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room

AUG 3 1 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Piper Malone

2400 6th Street Suite 321 Washington, DC 20059

FACTS OF THE CASE:

- I have been denied my rights to an education.

- After I gave birth in 2011, Howard University has denied me readmission twice to complete my PhD in History.

- According to my original 2014 denial letter, it states, I was denied based on my credentials (see supporting document).

- I appealed summer 2015 and was denied for a second time.

- My last enrollment date was spring 2010.

- Since 2012, two incomplete grades (PhD Dissertation) have been on my transcript (see supporting document).

- My two incomplete courses (PhD Dissertation) have been paid for with my federal financial aid.

- The total amount I borrowed in student loans for my PhD program amounts to $75,215.00

- My GPA is 3.75 (see supporting document)

- My transcript reads: Good Standing (Continuing Student) (see supporting document)

- Daryl Scott, my formal advisor, last emailed me spring 2010, saying, "Our professional relationship is over, stop emailing me."

- Since then, I have made numerous attempts to reach Daryl Scott to apologize, but to date, he refuses to speak.

- Before applying for 2014 readmission, in a phone conversation the chairperson, Edna Medford, asked me, "Do you owe the school any money?" "How many pages do you have written?" "Do you have any F's on your transcript?" (I answered No to all of her questions). Then, she specifically told me, "OKAY, call your former advisor." I told her I didn't have his number. She said, "I can't give that out to you."

- I proceeded to applied online. The graduate director, Ana Lucia Araujo, emailed me asking, "How many chapters do you have written?" "When do you anticipate completion of the program? "Who would be your advisor?"

- I then reached out to Elizabeth Clark Lewis. She told me she could not be my advisor because she had a sick family member to take care of.

- I reached out to Emory Tolbert. He agreed in an email saying, "I'd be happy to help." After copying the chairperson and graduate director on the email, Emory Tolbert emailed me back saying he could not serve as my advisor because I was not in the program (although I indicated in my email to him I was a former student returning).

- The irony here: The chairperson said "OKAY" to readmission to me in a phone conversation, but denied my application on paper.

- Did Daryl Scott, pay his colleagues to "Say No?" Did an affair take place? What happened that made them protect each other? Given the nature of my circumstance, Daryl Scott bad-mouthed me to the point where I would not have an advisor.

- In seeking for answers as to why I was denied in 2014, I called Carolyn Proctor of the Graduate School. She said, "You should not have been denied...it was probably because you have no advisor."

- When I applied in 2014, that was my seventh year, which means after that, all of my courses expired.

- Because I do not have my degree, I teach history courses only part-time for CUNY Medgar Evers College.

- Since my last enrollment in spring 2010, I have successfully published two history monographs. I have a third manuscript in progress for publication with my very first university press.

- Also while out of school, I gave birth to my son, April 24, 2011. He is presently a special needs child.

COMPLAINT:

Howard University is a private institution that receives federal funds. Howard University's then-Attorney, Piper Malone, told me in a phone conversation on July 6, 2015 at 10:38 am, "Howard University can deny admission for any reason."

As a hardworking, single-parent, taxpaying citizen, I firmly believe I have rights. I am seeking a settlement of $300,000 ($100,000 per count) for: slander, defamation of character, and pain and suffering for emotional distress.

My being denied is based on my former advisor, Daryl Scott, getting back at me for criticizing him in 2010. I criticized him by saying he was a just a teacher with a PhD (meaning he has not published any books since his dissertation in 1997). When I did burn bridges with Daryl Scott, why couldn't I have been admitted and assigned another advisor? I did not burn my bridges with the entire graduate faculty. What is happening to me is his personal vendetta against me. It's him being spiteful toward me for criticizing him five years ago.

After hearing back from the U.S. Department of Education and the U.S. Congress pertaining to my case, both entities directed me to file this private suit in federal court (see supporting documents).

In a private conversation, I believe the chair, Edna Medford, asked my former advisor, Daryl Scott, would he see me through completion if admitted, and he said, No. But, instead of having someone else advise me, it was most likely communicated: "Don't admit Vanessa at all. Deny her application and let her start all over somewhere else."

I have been consistently reappointed at Medgar Evers College for the past four years. Some student ratings about me on ratemyprofessor.com include:

- She is one of the best professors I've had. She's fun and gets the classroom excited about Law. She is very clear when and how she wants her work done and is super down to Earth. Just expect to be reading a lot. READ READ READ that is key in her class.

- This professor is absolutely beautiful on the inside and the outside. She is amazing. Professor Holloway wants to see her students succeed . She is one of the few professors that care at MEC. Professor Holloway has a unique teaching style and it works because she is young funny and can relate to her students. I highly recommend taking her....

- Absolutely love this professor! So cool, smart and knows what she is talking about. Loves students to interact with her. Cannot wait to have another class with her. You will never be bored. Very caring for students and wants to see us improve and move further.

Relief:

I am asking the court for my Ph.D. in History. I very much need my degree so I can move forward in my career at Medgar Evers College. Although I am teaching and publishing in my field, Medgar Evers College will not approve my promotion without my degree. I sincerely thank the court for helping me.

Respectfully Submitted,

Vanessa Holloway
2385 Valentine Ave. Apt. 2D
Bronx, NY 10458

**OCR Electronic Complaint Submission**
ocr_complaint@ed.gov
**Sent:** Thursday, July 09, 2015 18:08
**To:** Vanessa A. Holloway; OCR.DC@ed.gov

**PLEASE DO NOT REPLY TO THIS E-MAIL. THIS E-MAIL ADDRESS IS USED BY DEPARTMENT OF EDUCATION AUTOMATED SYSTEMS AND IS NOT MONITORED.**

# SUBMISSION CONFIRMATION

## Your complaint with the Office for Civil Rights has been automatically forwarded to the following office for review:

Office for Civil Rights/ED
Washington DC (Metro)
400 Maryland Avenue, SW
Washington, D.C., 20202-1475

**Phone:** 202-453-6020
**TDD:** 800-877-8339
**Fax:** 202-453-6021
**Email:** OCR.DC@ed.gov

So that we can best assist you, we call your attention to the following:

1. If you need to communicate with OCR regarding your complaint before you are contacted directly, please do not reply to this message, which would result in your reply going to a send-only server address. Instead, please direct your correspondence to the above office at OCR.DC@ed.gov
2. If you need to modify or supplement your complaint, please do not use the complaint form to submit another complaint with the new information. Instead, you may simply send an email to the office that has your complaint. Filing duplicative complaints may impede our ability to review your concerns in a timely manner. (If you have a separate complaint involving other matters, you may of course use this form to submit it.)
3. Remember that before OCR can process your complaint, we must receive a signed and dated consent form. If we have not received your signed consent form within 20 calendar days of the date of this email, we will close your complaint. A copy of the Office for Civil Rights Consent Form is available for your convenience at OCR Complaint Consent Form. Please sign and date the appropriate response on the consent form and mail it to the OCR Enforcement Office at the address above. If you do not have access to a printer, please email or call the OCR Enforcement Office identified above to request a blank consent form.
4. It is recommended that you print a copy of this message and retain it for your records.

If you have not already read the following documents, they can be downloadable from the links below:

- Information About OCR's Complaint Processing Procedures
- Office for Civil Rights Notice About Investigatory Uses of Personal Information

OCDEMAIL0055627H   Institution Name: HOWARD UNIVERSITY

# OCR Complaint No. 11-15-2280 (Howard University)

Trice, Betsy [Betsy.Trice@ed.gov]
**Sent:** Friday, July 17, 2015 14:41
**To:** Vanessa A. Holloway
**Cc:** Russo, Dana [Dana.Russo@ed.gov]

Ms. Holloway,

My name is Betsy Trice and I, along with my colleague Dana Russo, have been assigned to handle the complaint that you filed with our office, the Office for Civil Rights, U.S. Department of Education against Howard University on July 9, 2015. We have received your signed consent form. Thank you.

We are in the process of evaluating your complaint to determine whether we can proceed to an investigation of your concerns and have determined that we need more detailed information from you. Specifically, we ask that you respond to the following questions:

1. Why do you believe that the University's denying you readmission to the graduate school's PhD program in History is discrimination on the basis of sex? Please be as specific as possible.
2. When were you most recently enrolled in the University? Were you enrolled in the PhD program in History? When did you first seek to re-enroll in the University?
3. Who advised you that you were being denied readmission? Was any reason provided as the basis for the denial? If so, what reason was provided?
4. You mentioned in your complaint that you have written information that will help us understand your complaint. Please provide a copy of that information or explain what written information you are referring to and why it supports your complaint.
5. In your complaint, you state that you are "an African American woman." Is there any reason that you mentioned your race in addition to your gender? If so, please explain.

Please provide responses to the questions as soon as possible, but in any event no later than 20 days from today, that is by **August 6, 2015.** If you prefer to provide responses by telephone, we are available to speak with you on Monday, July 20th or Tuesday July 21st. Please let us know what times you are available on those days or suggest other days/times, and we will confirm a time for a call.

If we do not receive responses to the questions by August 6, 2015, we will complete our evaluation based solely on the information contained in the complaint and we may have to dismiss your complaint.

We look forward to hearing from you. Please feel free to contact us by email or at 202-453-5931 (Betsy) or 202-453-6559 (Dana). Any supporting information may be sent by email or faxed to my attention at 202-453-6021.

Betsy Trice

## Privacy Act Release Form (Holloway)

Casework (Gillibrand) [Casework@gillibrand.senate.gov]
**Sent:** Monday, August 03, 2015 12:55
**To:** Vanessa A. Holloway
**Attachments:** PRIVACY ACT RELEASE FORM.pdf (226 KB)

Dear Ms. Holloway,

Thank you for contacting our office for assistance. Your concerns are very important to Senator Gillibrand. However, in order to determine whether we can help you with your matter, our office will need additional information.

Please provide a letter describing your situation in full detail. You should be sure to enclose copies of relevant supporting documentation. Upon review of your letter and accompanying documentation, we will determine how our office may assist in contacting the federal agency that oversees your matter.

In addition, please complete the attached Privacy Act release form. This form grants our office written permission to make inquiries to the appropriate federal agency. The Privacy Act states that agencies may disclose information only after the individual concerned has provided written authorization.

You may submit your information via mail, email, or fax to any of the addresses provided below. It is our hope that we can be of assistance to you.

Department of Constituent Affairs
Office of U.S. Senator Kirsten Gillibrand
780 Third Avenue, Suite 2601
New York, NY 10017
p: (212) 688-6262
f: (866) 824-6340
e: casework@gillibrand.senate.gov

KIRSTEN GILLIBRAND
NEW YORK
SENATOR

RUSSELL SENATE OFFICE BUILDING
SUITE 478
WASHINGTON, DC 20510-3205
202-224-4451

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
AGRICULTURE
SPECIAL COMMITTEE ON AGING

# United States Senate
WASHINGTON, DC 20510-3205

August 5, 2015

Ms. Vanessa Holloway
2385 Valentine Avenue
Bronx, New York 10458

Dear Ms. Holloway,

I have received your request for assistance concerning your readmission to Howard University. My staff has thoroughly reviewed your request and would like to provide you with the following resources.

The U.S. Department of Education provides information about eligibility criteria for federal student aid programs. You may visit the website https://studentaid.ed.gov/sa/eligibility/staying-eligible to review basic eligibility criteria for receiving federal student aid.

Anyone who believes that an education institution that receives federal financial assistance has discriminated against someone may file a complaint with the U.S. Department of Education Office of Civil Rights. More information is available at the website www2.ed.gov/about/offices/list/ocr/index.html or by calling 1 (800) 421-3481.

Additionally, you may wish to contact a private attorney or your local legal services agency. Assistance in obtaining an attorney is available through the Lawyer Referral and Information Service of the New York State Bar Association by calling 1 (800) 342-3661. If you cannot afford the services of an attorney, you may visit the website www.lawhelp.org to find legal aid programs in your community.

I hope this information will be of help to you. If I can be of further assistance, please do not hesitate to contact my office again.

Sincerely,

*Kirsten Gillibrand*

Kirsten Gillibrand
United States Senator

KG/CL_AS

ALBANY/CAPITAL DISTRICT OFFICE
LEO W. O'BRIEN
FEDERAL OFFICE BUILDING
1 CLINTON SQUARE, ROOM 821
ALBANY, NY 12207
TEL (518) 431-0120
FAX (518) 431-0128

BUFFALO OFFICE
LARKIN AT EXCHANGE
726 EXCHANGE STREET, SUITE 511
BUFFALO, NY 14210
TEL (716) 854-9725
FAX (716) 854-9731

LONG ISLAND OFFICE
155 PINELAWN ROAD
SUITE 250 NORTH
MELVILLE, NY 11747
TEL (631) 249-2825
FAX (631) 249-2847

NORTH COUNTRY OFFICE
PO BOX 273
LOWVILLE, NY 13367
TEL (315) 376-6118
FAX (315) 376-6118

ROCHESTER OFFICE
KENNETH B. KEATING
FEDERAL OFFICE BUILDING
100 STATE STREET
ROOM 4195
ROCHESTER, NY 14614
TEL (585) 263-6250
FAX (585) 263-6247

SYRACUSE/CENTRAL NY OFFICE
JAMES M. HANLEY FEDERAL BUILDING
100 SOUTH CLINTON STREET
ROOM 1470
PO BOX 7378
SYRACUSE, NY 13261
TEL (315) 448-0470
FAX (315) 448-0476

NEW YORK CITY OFFICE
780 THIRD AVENUE
SUITE 2601
NEW YORK, NY 10017
TEL (212) 688-6262

HUDSON VALLEY OFFICE
PO BOX 893
MAHOPAC, NY 10541
TEL (845) 875-4585
FAX (845) 875-9099

**Response to Your Message**
The White House [noreply@whitehouse.gov]
Sent: Tuesday, August 04, 2015 17:30
To:   Vanessa A. Holloway

Dear Holloway:
Thank you for writing to President Obama. The President appreciates your taking the time to share your views and concerns. We received your correspondence and forwarded your information to the appropriate agency for further review. You may also find assistance by visiting www.USA.gov or by calling 1-800-FED-INFO.
Sincerely,
The Office of Presidential Correspondence



# HOWARD UNIVERSITY

Graduate School
Office of Graduate Recruitment and
Admissions

| | |
|---|---|
| DATE | January 13, 2014 |
| SCHOOL | Graduate School |
| MAJOR | History |
| DEGREE | Ph.D. |
| STATUS | Admission Denied |
| SEM/YR | Fall 2014 |

Ms. Vanessa Holloway
501 W. 134TH St. Apt 10
New York NY 10031

Dear Ms. Holloway,

After careful review of your credentials, the History Department's graduate admissions committee did not act favorably regarding your application. Hopefully, this decision will not discourage you from furthering your graduate degree goals. If you have additional questions related to the admission decision, please contact the History Department's Director of Graduate Studies. Please visit our website at www.gs.howard.edu and click on Graduate Programs to obtain the contact information for each department in the Graduate School.

Thank you for your interest in The Graduate School at Howard University.

Sincerely,

Constance M. Ellison
Associate Dean for Educational and Research Affairs

CE: mls



4th and College Streets, NW, Annex III
Washington, DC 20059

Telephone 202 806 4676
Facsimile 202 806 4664
www.howard.edu

## STUDENT INFORMATION

### Curriculum Information

**Current Program**

**College:** Graduate School

**Major and Department:** History, History

***Transcript type:WEB is NOT Official ***

## DEGREES AWARDED

**Awarded:** Master of Arts    **Degree Date:** May 12, 2007

### Curriculum Information

**Primary Degree**

**Major:** History

## INSTITUTION CREDIT    -Top-

Term: Fall 2005

**College:** Graduate School
**Major:** History
**Student Type:** First-Time Graduate
**Academic Standing:** Good Standing

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 200 | Main | GR | Historiography | A | 3.000 | 12.00 | | | | |
| HIST | 224 | Main | GR | Civil War | B | 3.000 | 9.00 | | | | |
| HIST | 309 | Main | GR | Problems in US to 1877 | A | 3.000 | 12.00 | | | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 9.000 | 9.000 | 9.000 | 9.000 | 33.00 | 3.67 |
| **Cumulative:** | 9.000 | 9.000 | 9.000 | 9.000 | 33.00 | 3.67 |

Unofficial Transcript

Term: Spring 2006

| | |
|---|---|
| **College:** | Graduate School |
| **Major:** | History |
| **Student Type:** | Continuing |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 201 | Main | GR | Historiography | A | 3.000 | 12.00 | | | | |
| HIST | 223 | Main | GR | Jacksonian Era | A | 3.000 | 12.00 | | | | |
| HIST | 326 | Main | GR | Readings United States | A | 3.000 | 12.00 | | | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 9.000 | 9.000 | 9.000 | 9.000 | 36.00 | 4.00 |
| **Cumulative:** | 18.000 | 18.000 | 18.000 | 18.000 | 69.00 | 3.83 |

Unofficial Transcript

Term: Summer 2006

| | |
|---|---|
| **College:** | Graduate School |
| **Major:** | History |
| **Student Type:** | Continuing |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 400 | Main | GR | Oral History I | A | 3.000 | 12.00 | | | | |
| HIST | 401 | Main | GR | Oral History II | A | 3.000 | 12.00 | | | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

|  | | | | | s | |
|---|---|---|---|---|---|---|
| **Current Term:** | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.00 |
| **Cumulative:** | 24.000 | 24.000 | 24.000 | 24.000 | 93.00 | 3.88 |

Unofficial Transcript

Term: Fall 2006

| **College:** | Graduate School |
|---|---|
| **Major:** | History |
| **Student Type:** | Continuing |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 405 | Main | GR | Seminar in Public History | A | 3.000 | 12.00 | | | | |
| HIST | 410 | Main | GR | Seminar in US History | B | 3.000 | 9.00 | | | | |

**Term Totals (Graduate)**

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |
| **Cumulative:** | 30.000 | 30.000 | 30.000 | 30.000 | 114.00 | 3.80 |

Unofficial Transcript

Term: Spring 2007

| **College:** | Graduate School |
|---|---|
| **Major:** | History |
| **Student Type:** | First-Time Graduate |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 495 | Main | GR | Independent Research | A | 3.000 | 12.00 | | | | |

**Term Totals (Graduate)**

|  |  |  |  | **Attempt Hours** | **Passed Hours** | **Earned Hours** | **GPA Hours** | **Quality Points** | **GPA** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Term:** |  |  |  | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |  |
| **Cumulative:** |  |  |  | 33.000 | 33.000 | 33.000 | 33.000 | 126.00 | 3.82 |  |

Unofficial Transcript

Term: Fall 2007

| **College:** | Graduate School |
| **Major:** | History |
| **Student Type:** | Graduated |
| **Academic Standing:** | Good Standing |

| **Subject** | **Course** | **Campus** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **Start and End Dates** | **R** | **CEU Contact Hours** |
|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 480 | Main | GR | Independent Reading | A | 3.000 | 12.00 |  |  |  |
| HIST | 490 | Main | GR | Independent Research | A | 3.000 | 12.00 |  |  |  |

**Term Totals (Graduate)**

|  |  |  |  | **Attempt Hours** | **Passed Hours** | **Earned Hours** | **GPA Hours** | **Quality Points** | **GPA** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Term:** |  |  |  | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.00 |  |
| **Cumulative:** |  |  |  | 39.000 | 39.000 | 39.000 | 39.000 | 150.00 | 3.85 |  |

Unofficial Transcript

Term: Spring 2008

| **College:** | Graduate School |
| **Major:** | History |
| **Student Type:** | Graduated |
| **Academic Standing:** | Good Standing |

| **Subject** | **Course** | **Campus** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **Start and End Dates** | **R** | **CEU Contact Hours** |
|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 327 | Main | GR | Readings United | A | 3.000 | 12.00 |  |  |  |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | States | | | | | | | |
| HIST | 410 | Main | GR | Sem in US History Since 1877 | A | 3.000 | 12.00 | | | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.00 |
| **Cumulative:** | 45.000 | 45.000 | 45.000 | 45.000 | 174.00 | 3.87 |

Unofficial Transcript

Term: Fall 2008

| | |
|---|---|
| **College:** | Graduate School |
| **Major:** | History |
| **Student Type:** | Continuing |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 240 | Main | GR | History Caribbean I | A | 3.000 | 12.00 | | | | |
| HIST | 337 | Main | GR | Readings Central Africa | A | 3.000 | 12.00 | | | | |
| HIST | 346 | Main | GR | Readings in The Caribbean | A | 3.000 | 12.00 | | | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 9.000 | 9.000 | 9.000 | 9.000 | 36.00 | 4.00 |
| **Cumulative:** | 54.000 | 54.000 | 54.000 | 54.000 | 210.00 | 3.89 |

Unofficial Transcript

Term: Spring 2009

| | |
|---|---|
| **College:** | Graduate School |
| **Major:** | History |

| **Student Type:** | | | | Continuing | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Academic Standing:** | | | | Good Standing | | | | | | |
| **Subject** | **Course** | **Campus** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **Start and End Dates** | **R** | **CEU Contact Hours** |
| HIST | 241 | Main | GR | History of the Caribbean II | B | 3.000 | 9.00 | | | |
| HIST | 347 | Main | GR | Readings in Wmn in the Carib'n | A | 3.000 | 12.00 | | | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |
| **Cumulative:** | 60.000 | 60.000 | 60.000 | 60.000 | 231.00 | 3.85 |

Unofficial Transcript

Term: Fall 2009

| **College:** | | | | Graduate School | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Major:** | | | | History | | | | | | |
| **Student Type:** | | | | Continuing | | | | | | |
| **Academic Standing:** | | | | Good Standing | | | | | | |
| **Subject** | **Course** | **Campus** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **Start and End Dates** | **R** | **CEU Contact Hours** |
| HIST | 193 | Main | UG | History of Pan Africanism | B | 3.000 | 9.00 | | | |
| HIST | 234 | Main | GR | West Africa To 1800 | C | 3.000 | 6.00 | | | |
| HIST | 335 | Main | GR | Readings in South Africa | B | 3.000 | 9.00 | | | |
| HIST | 353 | Main | GR | Readings Afr Diaspora | A | 3.000 | 12.00 | | | |
| HIST | 483 | Main | GR | Independent Reading | A | 3.000 | 12.00 | | | |

**Term Totals (Graduate)**

| | Attem | Passe | Earne | GPA | Qualit | GPA |
|---|---|---|---|---|---|---|

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 12.000 | 39.00 | 3.25 |
| **Cumulative:** | 72.000 | 72.000 | 72.000 | 72.000 | 270.00 | 3.75 |

**Term Totals (Undergraduate)**

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |
| **Cumulative:** | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |

Unofficial Transcript

**Term: Spring 2010**

| **College:** | Graduate School |
|---|---|
| **Major:** | History |
| **Student Type:** | Continuing |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 501 | Main | GR | Ph D Dissertation | I | 1.000 | 0.00 | | | | |
| HIST | 501 | Main | GR | Ph D Dissertation | I | 3.000 | 0.00 | | | | |

**Term Totals (Graduate)**

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 4.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 76.000 | 72.000 | 72.000 | 72.000 | 270.00 | 3.75 |

Unofficial Transcript

**TRANSCRIPT TOTALS (GRADUATE)**   -Top-

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 76.000 | 72.000 | 72.000 | 72.000 | 270.00 | 3.75 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 76.000 | 72.000 | 72.000 | 72.000 | 270.00 | 3.75 |

Unofficial Transcript

### TRANSCRIPT TOTALS (UNDERGRADUATE)   -Top-

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |